789 So.2d 955 (2001)
Ralph A. JOHNSON, Petitioner,
v.
STATE of Florida, Respondent.
No. SC00-1326.
Supreme Court of Florida.
June 7, 2001.
James Marion Moorman, Public Defender, and Allyn M. Giambalvo, Assistant Public Defender, Tenth Judicial Circuit, Bartow, FL, for Petitioner.
Robert A. Butterworth, Attorney General, Robert J. Krauss, Senior Assistant Attorney General, Chief of Criminal Law, and Anne Sheer Weiner, Assistant Attorney General, Tampa, FL, for Respondent.
LEWIS, J.
We have for review Johnson v. State, No. 2D99-3216, ___ So.2d ___ (Fla. 2d DCA May 31, 2000). We have jurisdiction. See art. V, § 3(b)(3), Fla. Const.
We vacate the decision of the district court and remand for reconsideration upon application of our decisions in Grant v. State, 770 So.2d 655 (Fla.2000); State v. Cotton, 769 So.2d 345 (Fla.2000); McKnight v. State, 769 So.2d 1039 (Fla. 2000); and Ellis v. State, 762 So.2d 912 (Fla.2000).
It is so ordered.
WELLS, C.J., and SHAW, HARDING, ANSTEAD, and PARIENTE, JJ., concur.
QUINCE, J., dissents.